No. 560, Misc. ARCHEY *v.* NEDERLANDSCH-AMERI-KAANSCHE STOOMVAART MAATSCHAPPIJ. Court of Civil Appeals of Texas, Sixth Supreme Judicial District. Certiorari denied. *Arthur J. Mandell* for petitioner. *Carl G. Stearns* for respondent.

No. 561, Misc. SANFORD *v.* SUPERIOR COURT OF LOS ANGELES COUNTY. Supreme Court of California. Certiorari denied.

No. 562, Misc. ANDERSON ET AL. *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 568, Misc. BARNHILL *v.* THOMAS, WARDEN. Court of Appeals of Kentucky. Certiorari denied.

No. 570, Misc. SOSTRE *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 576, Misc. KAGANOVITCH *v.* WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 577, Misc. KOSTAL ET AL. *v.* McNICHOLS ET AL. United States District Court for the District of Colorado. Certiorari denied.

No. 578, Misc. TRANOWSKI *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 580, Misc. BATES *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 584, Misc. NICHOLSON *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.